SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN T. BROOKS, Cal. Bar No. 167793
JEFFREY V. COMMISSO, Cal. Bar No. 191267
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E-mail:        jbrooks@sheppardmullin.com
                  jcommisso@sheppardmullin.com

SUZANNE Y. BADAWI, Cal Bar No. 194692
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
E-mail:        sbadawi@sheppardmullin.com

Attorneys for Defendant
BRIAN GORATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHARITY SCHMIDT,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; BRIAN GORATH and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01669-TLN-AC<br><br>Honorable Troy L. Nunley<br><br>**DEFENDANT BRIAN GORATH'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**[Fed. R. Civ. Proc. 12(c)]**<br><br>[Filed Concurrently with Memorandum of Points & Authorities in Support of Motion for Judgment on the Pleadings and Proposed Order]<br><br>Date:           February 22, 2024<br>Time:          2:00 p.m.<br>Courtroom:  2<br><br>State Action filed: June 20, 2023<br>Action removed: August 10, 2023 |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2024, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Troy L. Nunley in Courtroom 2 of the United States District Court, Eastern District of California, located at 501 I Street, Suite 4-200, Sacramento, California 95814, defendant Brian Gorath ("Mr. Gorath") will and hereby does move the Court for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure as to plaintiff Charity Schmidt's ("plaintiff") causes of action against Mr. Gorath (Second Cause Of Action For Breach Of The Implied Covenant Of Good Faith And Fair Dealing And Third Cause Of Action For Intentional Infliction Of Emotional Distress), on the grounds that plaintiff fails to state a claim against Mr. Gorath upon which relief can be granted. The Motion is brought on the following grounds:

First, both claims fail as a matter of law because plaintiff cannot hold Gorath personally liable for actions he performed within the scope of his employment as a claims adjuster and all the complaint allegations pertain to actions he performed within the scope of his employment.

Second, even if plaintiff could hold Mr. Gorath personally liable, *which she can't*, the claims she asserted against him are meritless. She cannot sue Mr. Gorath for bad faith, as a matter of law, because he was not a party to the insurance contract. She also cannot sue Mr. Gorath for IIED because alleged mere delay in paying an insurance claim, which is all she alleged against him, is not "extreme and outrageous conduct" necessary to support an IIED claim.

///

///

///

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, those other matters of which this Court may take judicial notice, the oral arguments of counsel made at the hearing, and upon such other evidence and materials as this Court deems necessary.

Date: January 8, 2024          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *(signature)*

SUZANNE Y. BADAWI
JEFFREY COMMISSO
Attorneys for Defendant
BRIAN GORATH

SMRH:4888-7041-0649.1

-3-    Case No. 2:23-cv-01669-TLN-AC
DEFENDANT GORATH'S RULE 12(c) NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS